FILE COPY

No. 07-15-00323-CR

| | | |
|---|---|---|
| Malcolm Brown<br>  Appellant | § | From the 320th District Court<br>  of Potter County |
| | § | |
| v. | | September 30, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 30, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o